UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HABELT, et al.,<br>    Plaintiffs,<br>v.<br>IRHYTHM TECHNOLOGIES, INC., et al.,<br>    Defendants. | Case No. 21-cv-00776-EMC<br><br>**JUDGMENT** |

On March 31, 2022, the Court issued its Order Granting Defendants' Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: March 31, 2022

_____
EDWARD M. CHEN
United States District Judge